## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
## www.flmb.uscourts.gov

In re:

CRISTINA RAMIREZ HERNANDEZ,               Case No.: 2:23-bk-01256-FMD

         Debtor.                                        Chapter 13

_____/

## MOTION FOR APPROVAL OF TEMPORARY MORTGAGE MODIFICATION
## AND ADDITIONAL COUNSEL FEES

     COMES NOW the Debtor, by and through the undersigned counsel, and files this Motion for Approval of Temporary Mortgage Modification, and as grounds therefor states as follows:

     1.    The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on October 19, 2023.

     2.    Pursuant to Schedules A and D of the Petition, the Debtor's home is located at 5205 Warren St., Naples, FL 34113 (the "Subject Property"), and the mortgage is held by Rushmore Loan Management Services aka U.S. Bank (the "Lender").  According to the Lender's Proof of Claim, the amount due as of the date of filing of the Petition was $318,734.09.

     3.    The Subject Property is legally described as follows:  Lot 2, Block 2, Naples Manor Annex, according to the plat thereof, of record in Plat Book 1, Page 1110, of the public records of Collier County, Florida.  The loan number ends in 9195.

     4.    Debtor sought a mortgage modification with Lender.  Lender offered the Debtor a temporary loan modification, and the Debtor has accepted the terms, a copy of which is annexed hereto.

5. Debtor's counsel also requests an additional fee award of $1,800 as the standard "no look" fee for mortgage modification services, even though counsel has spent more time than that assisting in that process.

WHEREFORE, the Debtor respectfully requests that the Court approve the temporary mortgage modification, award an additional fee to Debtor's counsel of $1,800, and grant such other and further relief as the Court deems appropriate.

Respectfully submitted,

ZINNLAW PLLC
*Counsel for Debtor*
2891 Center Pointe Dr., Suite 304
Fort Myers, Florida 33916
Phone: (239) 418-1529
Facsimile: (239) 236-0295

  /s/ Brian D. Zinn
BRIAN D. ZINN, Esq.
Fla. Bar No. 0012497
Email: brian@zinn.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by first class postage prepaid U.S. Mail, on November 3, 2024, to:

Jon Waage, Trustee, P.O. Box 25001, Bradenton, FL 34206
U.S. Bank Trust N.A. c/o Diaz Anselmo & Associates, PO Box 19519, Ft. Lauderdale, FL 33318
All parties receiving notice via CM/ECF

  /s/ Brian D. Zinn
BRIAN D. ZINN, Esq.
Fla. Bar No. 012497
brian@zinn.law